**Carl and Sheila HUFF, Appellants,**

v.

**J & M HOUSE BUILDERS, INC., Respondent.**

**No. ED 93065.**

Missouri Court of Appeals, Eastern District, Division One.

Oct. 27, 2009.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 7, 2009.

Zane T. Cagle, St. Louis, MO, for appellant.

Russell F. Watters, St. Louis, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., CLIFFORD H. AHRENS, J., and KURT S. ODENWALD, J.

*ORDER*

PER CURIAM.

Carl and Sheila Huff (Plaintiffs) appeal from the trial court's summary judgment

8. Plaintiff's motion to dismiss, taken with the

in favor of J & M House Builders, Inc. (Respondent).

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).